Certificate Number: 02068-MD-CC-023799451



02068-MD-CC-023799451

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 14, 2014, at 5:05 o'clock PM EDT, ERIN K CARTER received from Consumer Credit Counseling Service of Maryland & Delaware, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Maryland, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: July 14, 2014        By: *[signature]*

Name: STEPHEN PICCIANO

Title: COUNSELOR

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

**RECEIPT**  07/14/2014

CONSUMER CREDIT COUNSELING SERVICE OF MD AND DE
757 FREDERICK RD 2ND FLOOR
Baltimore, MD 21228
Phone

**Transaction Type:** Sale

**Authorization Code:** 010047
**AVS Result:** Y  - Match. Street address and 5-digit postal code match.

**Total : 50.00   USD**

**Cardholder Information**

**Name** ERIN CARTER
**Credit Card Type:** Visa
**Credit Card Number:** ############2314